RONAN, TUZZIO & GIANNONE  2632 LAO
4000 ROUTE 66
One Hovchild Plaza
Tinton Falls, NJ 07753
(732)922-3300
Attorneys for Defendant-Third Party Plaintiff, Brookdale Community College
Our File No. 61-7030LAO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN SCHWEBEL, CARMENA STONEY, ADVOCATES FOR DISABLED AMERICANS (AFDA)<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKDALE COMMUNITY COLLEGE,<br><br>Defendant-Third Party Plaintiff<br><br>vs.<br><br>Kaplan-Gaunt-DeSantis, Rothe-Johnson Associates, Roth Johnson Fantacone, The Hillier Group, Yaffe, Prescott and Schorr DePalma,<br><br>Third Party Defendants | CASE NO. 05-3985(GEB)<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIRD-PARTY DEFENDANTS, KAPLAN-GAUNT-DESANTIS |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice as to the Third-Party Defendants, Kaplan-Gaunt-DeSantis, without costs against either party.

Dated: ~~October    , 2009~~
November 10, 2009

Ronan, Tuzzio & Giannone
Attorneys for Brookdale Community College

By: _____
Linda A. Olsen

Marshall Dennehey Warner Coleman & Goggin
Attorneys for Kaplan-Gaunt-DeSantis

By: _____
Tracy L. Burnley, Esq.